# APPEAL TRANSMITTAL SHEET (non-death penalty)

| Transmittal to 4CCA of notice of appeal filed: 05/09/11 | District: EASTERN DISTRICT OF N.C. | District Case No.: 5:09-cv-00331-FL |
|---|---|---|
| ✓ First NOA in Case | Division: Western Division New Bern | 4CCA No(s). for any prior NOA: |
| ___ Subsequent NOA-same party | | |
| ___ Subsequent NOA-new party | Caption: Stephen Thomas Yelverton, et al | 4CCA Case Manager: |
| ___ Subsequent NOA-cross appeal | v. | |
| ___ Paper ROA ___ Paper Supp. | Yelverton Farms Ltd., et al | |
| Vols: 1 | | |
| Other: ___ | | |

**Exceptional Circumstances:** ___ Bail ✓ Interlocutory ___ Recalcitrant Witness ___ Other ___

**Confinement-Criminal Case:**
- ___ Death row-use DP Transmittal
- ___ Recalcitrant witness
- ___ In custody
- ___ On bond
- ___ On probation

**Defendant Address-Criminal Case:**

**District Judge:** Chief Judge Louise Flanagan

**Court Reporter** (list all): Marissa Munoz

**Coordinator:** Shannon Proctor

**Fee Status:**
- ___ No fee required (USA appeal)
- ___ Appeal fees paid in full

**Criminal Cases:**
- ___ District court granted & did not revoke CJA status (continues on appeal)
- ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)
- ___ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**
- ✓ Court granted & did not revoke IFP status (continues on appeal)
- ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
- ___ Court never granted IFP status (must pay fee or apply to **District Court**)

**PLRA Cases:**
- ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
- ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status** (check all that apply):
- ___ Portions of record under seal
- ___ Entire record under seal
- ___ Party names under seal
- ___ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable):
- ___ Assembled electronic record transmitted
- ___ Additional sealed record emailed to 4cca-filing
- ___ Paper record or supplement shipped to 4CCA
- ___ No in-court hearings held
- ___ In-court hearings held – all transcript on file
- ✓ In-court hearings held – all transcript not on file
- ___ Other:

**Record Status for Counseled Appeals** (check any applicable):
- ___ Assembled electronic record available if requested
- ___ Additional sealed record available if requested
- ___ Paper record or supplement available if requested
- ___ No in-court hearings held
- ___ In-court hearings held – all transcript on file
- ___ In-court hearings held – all transcript not on file
- ___ Other:

Deputy Clerk: Lenora Fogle    Phone: 252-638-7503    Date: 05/24/11

03/2011