IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CV-331-FL

| | | |
|---|---|---|
| WENDELL W. WEBSTER, in his capacity as Chapter 7 Trustee in Bankruptcy for Stephen Thomas Yelverton, | ) ) ) ) ) | |
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| YELVERTON FARMS, LTD.; PHYLLIS EDMUNDSON; CHARLES EDMUNDON; and DEBORAH MARM | ) ) ) ) | |
| Defendants. | ) | |

The court has been advised that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should the settlement, as approved by the bankruptcy court, not be consummated as a result of appellate review.

As there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, this case is removed from the active docket.

SO ORDERED, this 16th day of July, 2012.

LOUISE W. FLANAGAN
United States District Judge